Order Filed on August 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS MORTGAGE-BACKED SECURITIES TRUST 2022-RPL4*

In re:

Kathleen A. Hewitt-Shiley
*aka* Kathleen A. Hewitt Shiley
Debtor.

Chapter 13

Case No. 25-13798-JNP

Judge Jerrold N. Poslusny Jr.

**ORDER GRANTING MOTION FOR RELIEF**
**FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 17, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS MORTGAGE-BACKED SECURITIES TRUST 2022-RPL4 ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay and under section 1301 for relief from the co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay and the co-debtor stay are vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

X Real property more fully described as:

**1765 Mays Landing Road, Egg Harbor Township, New Jersey 08234**

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.